# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 24, 2010

Marilyn Kelly,
Chief Justice

141570

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                        SC: 141570
                                        COA: 283778
                                        Allegan CC: 05-014491-FH

KENT ALLEN LEE,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 17, 2010 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed whether the trial court's order that the defendant be required to register under the Sex Offenders Registration Act (SORA), entered after the defendant had been sentenced and had begun serving his sentence, was valid, and, whether the defendant's touching of the victim's genitals "by its nature constitutes a sexual offense against an individual who is less than 18 years of age" within the meaning of MCL 28.722(e)(*xi*) such that the defendant is required to register under SORA.

      The Prosecuting Attorneys Association of Michigan and the Criminal Defense Attorneys of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 24, 2010

_____
Clerk

1117